BUFFALO COLD STORAGE COMPANY, Appellant, v. CHESTER M. HARDING, JR., as Administrator, etc., of NAPOLEON B. BACON, Deceased, Respondent, Impleaded with Another.— Judgment affirmed, with costs. All concur.

THE GENEVA NATIONAL BANK, Respondent, v. JOHN B. O'BRIEN, Appellant.— Judgment affirmed, with costs. Additional finding of fact made. All concur.

ABRAHAM COON, Respondent, v. SPRINGFIELD FIRE AND MARINE INSURANCE COMPANY, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to appellant to abide event, on the ground that the verdict is against the weight of the evidence as to quantities and value. All concur.

TILLIE JACOBSTEIN, Respondent, v. ISRAEL JACOBSTEIN, Appellant.— Judgment affirmed, with costs. All concur, except Sears and Crouch, JJ., who dissent and vote for reversal.

SALVATORE NOTARO, as Administrator, etc., of SERAFINA NOTARO, Deceased, Respondent, v. SAM J. WOLFE, Appellant.— Judgment and order affirmed, with costs. All concur.

PAUL DERUSO, JR., Plaintiff, v. PETER BROOKS, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed in favor of defendant upon the nonsuit, with costs. All concur.

ORAZIO G. PANZICA and Another, Respondents, v. FRANK SCHWARTZ, as Dictator, etc., of Depew-Lancaster Lodge No. 1605, Loyal Order of Moose, etc., Appellant.— Judgment affirmed, with costs. All concur.

CORA BELLE LUCE, as Administratrix, etc., of WILLIAM M. LUCE, Deceased, Respondent, v. NEW YORK, CHICAGO AND ST. LOUIS RAILROAD COMPANY, Appellant.— It appearing that the justices qualified to sit in this appeal are equally divided and unable to render a decision therein, the said appeal is transferred to the Appellate Division, Third Department, to be there heard and determined pursuant to section 618 of the Civil Practice Act. Hubbs, P. J., not sitting.

FLORENCE S. CHROSNIAK, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Judgment affirmed, with costs. All concur.

PEARL M. THOMAS, Appellant, v. JAMES R. THOMAS, Respondent.— Interlocutory judgment and order affirmed, without costs of this appeal to either party. All concur.

ANTHONY VITTORIO, Respondent, v. ST. REGIS PAPER COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur, except Davis, J., who dissents and votes for reversal on the grounds stated in his memorandum on the former appeal (See 202 App. Div. 775), and the additional ground that it now appears that the plaintiff has failed to establish that the defendant instigated the prosecution. (*Hyatt* v. *N. Y. C. & H. R. R. R. Co.*, 162 App. Div. 367; *Homeyer* v. *Yaverbaum*, 197 id. 184; *Macauley* v. *Starr, Inc.*, 194 id. 643; affd., 233 N. Y. 601; *Tyson* v. *Bauland Co.*, 68 App. Div. 310; *Gearity* v. *Strasbourger*, 133 id. 701; *Greene* v. *Fankhauser*, 137 id. 124.) Crouch, J., not sitting.

LEWIS P. SMITH, Doing Business under the Trade Name of L. P. SMITH COM-